UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNYA ZHANG,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>　　　　　　　Respondents. | Case No.: 3:26-cv-00468-CAB-MSB<br><br>**ORDER REQUIRING A BOND HEARING** |

　　　Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], filed by Petitioner Junya Zhang. Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of 8 U.S.C. § 1226(a) and the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). [Petition at 12–15.]

　　　Respondents' return to the Petition "acknowledge(s) that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4 at 2.]

///
///
///
///

1  The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **February 13, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **February 16, 2026**.

It is **SO ORDERED**.

Dated: January 30, 2026

Hon. Cathy Ann Bencivengo
United States District Judge